■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS W. ZIMMERMAN, JR., Appellant. [755 NYS2d 905] —Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered October 19, 2001, convicting defendant upon his plea of guilty of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Pine, Hurlbutt and Lawton, JJ.